**DISMISSED WITH PREJUDICE and Opinion Filed July 12, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00691-CV

## VEREIT REAL ESTATE, L.P., COLE LA DALLAS TX, LLC, COLE LA DENTON TX, LLC, AND COLE LA DUNCANVILLE TX, LLC, Appellants
## V.
## FITNESS INTERNATIONAL, LLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18444**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Carlyle, and Justice Garcia
Opinion by Chief Justice Burns

Before the Court is appellants' unopposed motion to dismiss the appeal.

Appellants state that the parties have settled their dispute and agreed to dismiss this appeal with prejudice with each party to bear its own costs on appeal. We grant the motion and dismiss the appeal with prejudice. TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220691F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

VEREIT REAL ESTATE, L.P.,
COLE LA DALLAS TX, LLC,
COLE LA DENTON TX, LLC,
AND COLE LA DUNCANVILLE
TX, LLC, Appellants

No. 05-22-00691-CV      V.

FITNESS INTERNATIONAL, LLC,
Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-18444.
Opinion delivered by Chief Justice
Burns. Justices Carlyle and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

As agreed among the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 12th day of July, 2024.